IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| and FRANK SKINNER, ) | | |
| ) | | |
| Plaintiffs/Relators, ) | Case No. 4:12-cv-00045 | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ARMET ARMORED VEHICLES, INC., ) | By: Hon. Jackson L. Kiser | |
| and WILLIAM R. WHYTE, ) | Senior United States District Judge | |
| ) | | |
| Defendants. ) | | |

Before me is Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim ("the Motion"). [ECF No. 62.] The matter was fully briefed by the parties, and counsel appeared in open court on December 4, 2014, to argue their respective position on the law and the facts. Having fully reviewed the pleadings and arguments of counsel, the matter is now ripe for disposition. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion is hereby **GRANTED** with respect to Counts 9–10, 13–22, and 25. The Motion is **DENIED** with respect to Counts 1–8. Defendants did not move to dismiss Counts 11, 12, 23, or 24.

The Clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 12th day of December, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE