# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 4

**Case No.: 4:12CV00045**      **Date: 6/4/15**

| | |
|---|---|
| **UNITED STATES OF AMERICA and FRANK SKINNER,** Plaintiff(s) | Counsel: David L. Scher, Esq. and Robert S. Oswald, Esq. |
| v. | Counsel: Mark D. Loftis, Esq. and Patice L. Holland, Esq. |
| **ARMET ARMORED VEHICLES, INC. and WILIAM R. WHYTE,** Defendant(s) | |

PRESENT:   JUDGE:   Jackson L. Kiser       **TIME IN COURT**: 10:22-10:28 =
                    Deputy Clerk:   Heather McDonald                                    **0:06**
                    Court Reporter:   Judy Webb

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
- 8 member jury pesent.
- ☐ Preliminary remarks and instructions to jury by Court.
- ☐ Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.
- ☐ Opening Statements.
- ☐ Plaintiff continues presentation of evidence.  ☐ Plaintiff rests.
- ☐ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
   Court ☐ grants ☐ denies ☐ takes under advisement.
- ☐ Defendant presents exhibit evidence.   ☐ Defendant rests.
- ☐ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
   Court ☐ grants ☐ denies ☐ takes under advisement.
- ☐ Rebuttal evidence.   ☐ Surrebuttal evidence.
- ☐ Closing Arguments.
- ☐ Jury Instructions given to jury.
- ☐ Objections to Jury Instruction by plaintiff and defendant.
   Court ☐ overrules ☐ grants as stated in the record.

☒ Jury Verdict: Verdict in favor of Defendants.  ☐ Mistrial declared.
    ☒ Jury polled.  ☐ Polling waived.
    ☐ Mistrial declared.  ☒ Jury discharged.

☒ Motion after verdict: Defendants' Motion for Judgment on Verdict; Plaintiff reserves right to file Motion(s)

☒ Deadlines set: Plaintiff to file Post-Trial Motion(s) within 21 days

Additional Information: