CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**JUN 0 4 2015**

JULIA C. DUDLEY, CLERK
BY: H McDmac
DEPUTY CLERK



## SPECIAL INTERROGATORIES AND VERDICT FORM

We the jury unanimously find our special verdicts as follows:

### Armet Armored Vehicles, Inc.

1.      Do you find by a preponderance of the evidence that Defendant Armet Armored

Vehicles, Inc. knowingly presented, or caused to be presented, false or fraudulent claims for

payment for Gurkha armored vehicles that it fabricated?

        _____           ✓

         YES             NO

2.      If you answered "Yes" to Special Verdict 1, specify the total number of false or

fraudulent claims made by Defendant Armet Armored Vehicles, Inc. for Gurkha armored

vehicles that it fabricated.

Number of false claims: _____

3.      Do you find by a preponderance of the evidence that Defendant Armet Armored

Vehicles, Inc. knowingly made, used, or caused to be made or used, false records or statements

to get false or fraudulent claims paid for Gurkha armored vehicles that it fabricated?

        _____           ✓

         YES             NO

4.      If you answered "Yes" to Special Verdict 3, specify the total number of false

records or statements made by Defendant Armet Armored Vehicles, Inc. that it fabricated.

Number of false claims: _____

<u>William R. Whyte</u>

5.     Do you find by a preponderance of the evidence that Defendant William R. Whyte knowingly presented, or caused to be presented, false or fraudulent claims for payment for Gurkha armored vehicles fabricated by Armet Armored Vehicles, Inc.?



           YES               NO

6.     If you answered "Yes" to Special Verdict 5, specify the total number of false or fraudulent claims made by Defendant William R. Whyte for Gurkha armored vehicles fabricated by Armet Armored Vehicles, Inc.

     Number of false claims: _____

7.     Do you find by a preponderance of the evidence that Defendant William R. Whyte knowingly made, used, or caused to be made or used, false records or statements to get false or fraudulent claims paid for Gurkha armored vehicles that Armet Armored Vehicles, Inc. fabricated?

           YES               NO

8.     If you answered "Yes" to Special Verdict 7, specify the total number of false records or statements made by Defendant William R. Whyte that Armet Armored Vehicles, Inc. fabricated.

     Number of false claims: _____

9.      If you answered "Yes" to any one of the Special Verdicts 1 or 3 or 5 or 7 specify

the total amount, in dollars, of damages which you find Relator has proved by a preponderance

of the evidence that the United States sustained because of the defendants' false or fraudulent

claims and/or false statements relating to Gurkha armored vehicles fabricated by Armet Armored

Vehicles, Inc.

Damages in the Amount of: $ _____

_Chris B. Cassada_
Signature of Jury Foreperson

_6-4-2015_
Date