IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| FRANK SKINNER, | ) | |
| | ) | |
| Plaintiff/Relator, | ) | Case No. 4:12-cv-00045 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARMET ARMORED VEHICLES, INC., | ) | By: Hon. Jackson L. Kiser |
| and WILLIAM R. WHYTE, | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

On June 2, 2015, Defendants moved for Judgment as a Matter of Law, pursuant to Rule 50 of the Federal Rules of Civil Procedure ("the Motion"). [ECF No. 158.] For the reasons stated in open court, the Motion is **GRANTED** with respect to Counts 23 and 24 of the First Amended Complaint. I took the Motion under advisement as to the remaining counts. On June 4, 2015, the jury returned a verdict in favor of Defendants. Therefore, the Motion is hereby **DENIED AS MOOT**. Defendants' Motion for Summary Judgment [ECF No. 106] is **DENIED AS MOOT** with respect to Counts 23 and 24.

The parties are granted twenty-one (21) days to file any post-trial motion they deem prudent. The opposing party will then have fourteen (14) days to respond, and the moving party will be granted seven (7) days to reply, if it so chooses.

The clerk is directed to forward a copy of this Order to all counsel of record.

Entered this 4th day of June, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE